United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS BARON ADJUDER, | Case No. 25-cv-10392-RMI |
| Petitioner, | |
| v. | **ORDER GRANTING EXTENSION** |
| SUPERIOR COURT OF THE STATE OF CALIFORNIA CONTRA COSTA COUNTY, | Re: Dkt. No. 12 |
| Respondent. | |

For good cause shown, it is hereby **ORDERED** that Petitioner's request for an extension of time (dkt. 12) to file an amended petition is **GRANTED**, and the petition shall be filed by **March 12, 2026**.

**IT IS SO ORDERED.**

Dated: February 12, 2026

ROBERT M. ILLMAN
United States Magistrate Judge